1  Desmond C. Lee, (SBN 158952)
2  dlee@deconsel.com
   Yuliya S. Mirzoyan, (SBN 247324)
3  ymirzoyan@deconsel.com
4  DeCARLO & SHANLEY
   A Professional Corporation
5  533 South Fremont Avenue, Ninth Floor
6  Los Angeles, California 90071-1706
   Telephone:  (213) 488-4100
7  Facsimile:   (213) 488-4180
8
9  Attorneys for Petitioner,
   CABINET MAKERS, MILLMEN AND
10 INDUSTRIAL CARPENTERS LOCAL
11 721

JS-6

12              UNITED STATES DISTRICT COURT
13             CENTRAL DISTRICT OF CALIFORNIA
14
15 CABINET MAKERS, MILLMEN AND      ) CASE NO.: EDCV-12-01932 VAP(SPx)
   INDUSTRIAL CARPENTERS LOCAL      )
16 721,                             ) [PROPOSED] JUDGMENT
                                    ) CONFIRMING ARBITRATION
17         Petitioner,              ) AWARD ISSUED BY ARBITRATOR
                                    ) PHILIP TAMOUSH IN FAVOR OF
18         vs.                      ) CARPENTERS LOCAL 721 AND
                                    ) AGAINST COMMERCIAL WOOD
19                                  ) PRODUCTS COMPANY
20 COMMERCIAL WOOD PRODUCTS         )
   COMPANY                          )
21                                  ) Hon. Virginia A. Phillips
22         Respondent.              )
                                    ) Date: March 4, 2013
23                                  ) Time: 2:00 p.m.
24 _____  ) Courtroom: 2
25
26
27     Upon consideration of the contentions of Petitioner Cabinet Makers, Millmen and
28 Industrial Carpenters Local 721 ("Union") in open Court, this Court having jurisdiction

                                    1

under Section 301 of the Labor Management Relations Act, 29 U.S.C. § 185, and good cause appearing therefore,

IT IS HEREBY ORDERED AND ADJUDGED that the Award issued by Arbitrator Philip Tamoush in favor of the Union and against Respondent Commercial Wood Products Company is hereby confirmed and enforced in its entirety. Respondent shall fully comply with the Award, including pay $18,256.88 for the past violation regarding the failure to implement the pay increases as per Section 16 of the collective bargaining agreement between the parties with respect to the pay increases that had to be implemented on August 1, 2011. Additionally, the pay increases must be implemented going forward, beginning with August 1, 2012.

IT IS FURTHER ORDERED AND ADJUDGED that, pursuant to California Civil Code Section 3289(b), Respondent must pay an interest at a rate of ten (10) percent per annum from the time of the breach until full satisfaction of the arbitration award.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that CABINET MAKERS, MILLMEN AND INDUSTRIAL CARPENTERS LOCAL 721 has a judgment against COMMERCIAL WOOD PRODUCTS COMPANY, as follows:

| | | |
|---|---|---|
| 1. | Amount owed for the failure to implement the pre-scheduled pay increases on August 1, 2011 | $18,256.88 |
| 2. | Interest of ten (10) percent per annum on $18,256.88, pursuant to California Civil Code Section 3289(b), from August 1, 2011, up to and including July 31, 2012 | $1,825.69 |
| 3. | Interest of ten (10) percent per annum on $18,256.88, pursuant to California Civil Code Section 3289(b), from August 1, 2012 until the date of this Judgment, _Feb. 28_ , 2013 | $1,060.40 |
| | TOTAL: | $21,151.97 |

//

1        IT IS FURTHER ORDERED AND ADJUDGED that Respondent shall provide to

2 Petitioner all payroll records of all of Respondent's employees who have been or are

3 covered by the collective bargaining agreement between the parties that are relevant to

4 determining the amounts owed as to the August 1, 2012 pay increases.  Respondent shall

5 comply with all reasonable requests by Petitioner for such payroll records, and must do

6 so in a timely manner and at its own expense.

7        This Court retains jurisdiction for purposes of confirming and enforcing the award

8 made by the Arbitrator and any clarifications of the Award.

9        IT IS SO ADJUDGED.

10

11 DATED: 2/28/13

12                             UNITED STATES DISTRICT COURT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28