Desmond C. Lee, (SBN 158952)
dlee@deconsel.com
Yuliya S. Mirzoyan, (SBN 247324)
ymirzoyan@deconsel.com
DeCARLO & SHANLEY
A Professional Corporation
533 South Fremont Avenue, Ninth Floor
Los Angeles, California 90071-1706
Telephone:  (213) 488-4100
Facsimile:  (213) 488-4180

Attorneys for Petitioner,
CABINET MAKERS, MILLMEN AND
INDUSTRIAL CARPENTERS LOCAL
721

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CABINET MAKERS, MILLMEN AND
INDUSTRIAL CARPENTERS LOCAL 721,

        Petitioner,

        vs.

COMMERCIAL WOOD PRODUCTS COMPANY

        Respondent.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO.:   EDCV-12-01932 VAP(SPx)

[PROPOSED] AMENDED JUDGMENT
CONFIRMING ARBITRATION AWARD
ISSUED BY ARBITRATOR PHILIP
TAMOUSH IN FAVOR OF CARPENTERS
LOCAL 721 AND AGAINST
COMMERCIAL WOOD PRODUCTS
COMPANY, ADDING CWP CABINETS
INC., TO THE JUDGMENT

Hon. Virginia A. Phillips

Date: October 21, 2013
Time: 2:00 p.m.
Courtroom: 2

[PROPOSED] AMENDED JUDGMENT CONFIRMING ARBITRATION AWARD

Upon consideration of the contentions of Petitioner Cabinet Makers, Millmen and Industrial Carpenters Local 721 ("Union") in open Court, this Court having jurisdiction under Section 301 of the Labor Management Relations Act, 29 U.S.C. § 185, and good cause appearing therefor,

IT IS HEREBY ORDERED AND ADJUDGED that the Award issued by Arbitrator Philip Tamoush in favor of the Union and against Respondent Commercial Wood Products Company is hereby confirmed and enforced in its entirety, and the Judgment is hereby amended to add CWP Cabinets Inc., to the Judgment. Respondent and CWP Cabinets Inc., shall fully comply with the Award, including pay $18,256.88 for the past violation regarding the failure to implement the pay increases as per Section 16 of the collective bargaining agreement between the parties with respect to the pay increases that had to be implemented on August 1, 2011. Additionally, the pay increases must be implemented going forward, beginning with August 1, 2012.

IT IS FURTHER ORDERED AND ADJUDGED that, pursuant to California Civil Code Section 3289(b), Respondent and/or CWP Cabinets Inc., must pay an interest at a rate of ten (10) percent per annum from the time of the breach until full satisfaction of the arbitration award.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that CABINET MAKERS, MILLMEN AND INDUSTRIAL CARPENTERS LOCAL 721 has a judgment against COMMERCIAL WOOD PRODUCTS COMPANY and CWP CABINETS INC., as follows:

| | | |
|---|---|---|
| 1. | Amount owed for the failure to implement the pre-scheduled pay increases on August 1, 2011 | $18,256.88 |
| 2. | Interest of ten (10) percent per annum on $18,256.88, pursuant to California Civil Code Section 3289(b), from August 1, 2011, up to and including July 31, 2012 | $1,825.69 |
| 3. | Interest of ten (10) percent per annum on $18,256.88, pursuant to California Civil Code Section 3289(b), from August 1, 2012 until the date of this Judgment, February 28, 2013, 2013 | $1,060.40 |
| 4. | Attorneys' fees representing the reasonable number of hours spent by Petitioner's counsel in connection with the Petition to Confirm (as per the Order in Docket 25) | $13,940.00 |

1

[PROPOSED] AMENDED JUDGMENT CONFIRMING ARBITRATION AWARD

TOTAL                                          $35,082.97

       IT IS FURTHER ORDERED AND ADJUDGED that Respondent and/or CWP Cabinets Inc., shall provide to Petitioner all payroll records of all of Respondent's employees who have been or are covered by the collective bargaining agreement between the parties that are relevant to determining the amounts owed as to the August 1, 2012 pay increases. Respondent and/or CWP Cabinets Inc., shall comply with all reasonable requests by Petitioner for such payroll records, and must do so in a timely manner and at its own expense.

       This Court retains jurisdiction for purposes of confirming and enforcing the award made by the Arbitrator and any clarifications of the Award.

       IT IS SO ADJUDGED.

DATE: ____10/23____, 2013    By: _____
                            Judge of the United States District Court

[PROPOSED] AMENDED JUDGMENT CONFIRMING ARBITRATION AWARD